UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| Breyonna Marie Abercrombie, | No. 2:23-cv-01529-KJM-AC |
| Plaintiff, | ORDER |
| v. | |
| Vestra Labs LLC, et al., | |
| Defendants. | |

Counsel for defendant Vestra Labs LLC renews their previous motion to withdraw as counsel.  Renewed Mot., ECF No. 16; *see also* Prev. Mot., ECF No. 13.  The previous motion was denied without prejudice because moving counsel did not show they had taken reasonable steps to avoid obvious risks of prejudice or counsel's attempts to assist defendant in locating substitute counsel.  Prev. Order at 3, ECF No. 15.  In both the previous and renewed motions, moving counsel have informed the court that their obligations of confidentiality prevent a more detailed discussion of the motions' bases, any potential prejudice and similar topics.  *See, e.g.*, Estes Decl. ¶ 3, ECF No. 13-1; Renewed Mot. at 4.

In light of the potential prejudice to defendant, **within fourteen days**, defense counsel shall email a supplemental declaration to the courtroom deputy, Mira Francel, for the court's *in camera* and confidential review.  The declaration should explain the "specific facts giving rise to

1 [the pending] motion," Renewed Mot. at 4, and defense counsel's efforts to avoid prejudice to
2 their client.  To be clear, the supplemental declaration **should not** be filed on the public docket.
3     IT IS SO ORDERED.
4 DATED:  October 3, 2024.

_____
UNITED STATES DISTRICT JUDGE