UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

Breyonna Marie Abercrombie,

    Plaintiff,

  v.

Vestra Labs LLC, et al.,

    Defendants.

No. 2:23-cv-01529-KJM-AC

ORDER

After reviewing the declaration submitted confidentially in response to this court's previous order, ECF No. 20, the motion to withdraw as counsel for defendant Vestra Labs LLC, ECF No. 16, is **granted**.

Defendant Vestra Labs may not proceed without counsel in this matter. *See* E.D. Cal. L.R. 183(a). As noted in this court's previous order, failure to obtain counsel may result in default proceedings. *See* Order (May 31, 2024), ECF No. 15. This action is therefore **stayed for an additional 60 days** to permit defendant to obtain substitute counsel. The stay will lift automatically after that 60-day period elapses without a further order of this court, and a further joint status report will be due. In that report, the parties must state their joint or separate positions on the further scheduling of this matter. All other dates and deadlines are **vacated**.

IT IS SO ORDERED.

DATED: March 12, 2025.

UNITED STATES DISTRICT JUDGE

1